IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ANTHONY JIMENEZ        §
       §
v.        §       CASE NO. <u>4:25-cv-3807</u>
       §       **JURY**
       §
METRO ONE LOSS        §
PREVENTION SERVICES        §
GROUP, INC. AND THE        §
KROGER CO.        §

## <u>NOTICE OF REMOVAL</u>

PLEASE TAKE NOTICE THAT Defendant The Kroger Co. (an improper party and hereinafter "Kroger"), while fully reserving all rights and defenses, files this Notice of Removal to the United States District Court for the Southern District of Texas, Houston Division. Removal is proper under 28 U.S.C. §§1332 and 1441(a) because this is an action over which the United States District Court for the Southern District of Texas, Houston Division, has original diversity jurisdiction, as it is an action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. In support of its Notice of Removal, Kroger would respectfully show as follows:

## I.       GROUNDS FOR REMOVAL

1.       This case is removable to this Court based on diversity jurisdiction under 28 U.S.C. §§1332 and 1441(a).

2.       Plaintiff Anthony Jimenez (hereinafter referred to as "Plaintiff") is a citizen of and an individual residing in Harris County, Texas.

3.       Defendant The Kroger Co. is an Ohio corporation organized and existing under the laws of the State of Ohio. Defendant the Kroger Co. is not a proper party to this suit.

1

4.     Defendant Metro One Loss Prevention Services Group (Guard Division), Inc.'s place of incorporation is Maryland and principal place of business is in New York.

5.     As described more fully below, the amount in controversy exceeds the $75,000.00 jurisdictional limits, excluding interest and costs.

## II.     PENDING STATE SUIT

6.     On June 30, 2025, Plaintiff filed a civil action against Kroger and Defendant Metro One Loss Prevention Services Group (Guard Division), Inc. (hereinafter "Metro One" and collectively "Defendants") in Cause No. 2025-45155 styled *Anthony Jimenez v. Metro One Loss Prevention Services Group, Inc. and The Kroger Co.* in the 129th Judicial District Court of Harris County, Texas.[1]

7.     According to Plaintiff's Original Petition, on December 23, 2023, he was allegedly injured at a store located at 12434 State Highway 249, Houston, Texas, which was allegedly owned, occupied and/or controlled by Kroger.[2]

8.     Plaintiff claims he "was exiting the store when he was approached by two individuals, who were acting in the course and scope of their agency or employment with Defendants (allegedly The Kroger Co. and/or Metro One Loss Prevention Services Group (Guard Division), Inc.) and thrown against the wall and assaulted, causing severe and debilitating injuries and damages".[3]  He seeks past and future damages for medical expenses, physical pain and suffering, mental anguish, lost wages, loss of earning capacity, physical disfigurement, and physical impairment.[4]

9.     The name and address of the Court from which the case is being removed is:

---

[1]     *See Plaintiff's Original Petition* attached hereto as <u>Exhibit A</u>.
[2]     *Id.* at § D.
[3]     *Id.*
[4]     *Id.* at § F.

129th Judicial District Court
201 Caroline St. 10th Floor
Houston, Texas 77002

### III.     STATE COURT DOCUMENTS

10.     The following documents are attached to this Notice of Removal:

Exhibit A          Plaintiff's Original Petition

Exhibit B          Kroger's Notice of Service

Exhibit C          Kroger's Original Answer

Exhibit D          Metro One Loss Prevention Services Group (Guard Division), Inc.'s Notice of Service

Exhibit E          Metro One Loss Prevention Services Group (Guard Division) Inc.'s Original Answer

Exhibit F          Metro One Loss Prevention Services Group (Guard Division) Inc.'s Consent to Removal

Exhibit G          An index of matters being filed

    G-1          Copy of the state court Docket Sheet/Record

    G-2          Copy of Citations

    G-3          A list of all counsel of record, addresses, telephone numbers, and parties

    G-4          Civil Cover Sheet

### IV.     TIMING OF REMOVAL

11.     Defendant The Kroger Co. was served with Plaintiff's Original Petition through its registered agent for service of process, CSC Corporation Service Company, on July 14, 2025.[5] Kroger timely filed its Answer.[6]

12.     Defendant Metro One Loss Prevention Services Group (Guard Division), Inc. was

---

[5]          *See* Exhibit B.
[6]          *See* Exhibit C.

served with Plaintiff's Original Petition on July 3, 2025. [7] Metro One filed its Answer.[8]

13.     This Notice of Removal is being filed within 30 days after receipt of Plaintiff's Original Petition and is timely filed under 28 U.S.C. §1446(b).[9]

## V.     JURISDICTION

14.     Pursuant to 28 U.S.C. §1332, Kroger has the right to remove a case to federal court if the case involves a dispute between completely diverse parties and the amount in controversy, excluding interest and costs, exceeds $75,000.00.

15.     Plaintiff's Original Petition asserts that he seeks monetary relief of "over $250,000, but not more than $1,000,000"[10]   Based on the allegations in Plaintiff's Original Petition, this matter is removable to this Court under 28 U.S.C. §1332 because the amount in controversy, excluding interests and costs, exceeds $75,000.00.

16.     Plaintiff also alleges in his Original Petition that he is a resident of Harris County, Texas.[11]

17.     Defendant The Kroger Co. (an improper party) is organized and exists under the laws of the State of Ohio.

18.     Defendant Metro One Loss Prevention Services Group (Guard Division), Inc. is a citizen and a resident of New York.  Metro One consents to this removal.

19.     Accordingly, there exists complete diversity of citizenship between Plaintiff and Defendants under 28 U.S.C. §1332.

## VI.     VENUE

20.     Pursuant to 28 U.S.C. §1441(a), venue for this action is proper in the United

---

[7]     *See* Exhibit D.
[8]     *See* Exhibit E.
[9]     28 U.S.C. §1446(b).
[10]    *See* Exhibit A, § A.
[11]    *See* Exhibit A at § III.

4

States District Court for the Southern District of Texas, Houston Division, as it is the federal judicial district that encompasses the 129th Judicial District Court of Harris County, Texas, where the state action was originally filed.

### VII.    NOTICE TO ADVERSE PARTIES AND TO STATE COURT

21.    As the removing party, Kroger will give Plaintiff prompt written notice of this Notice of Removal as required by 28 U.S.C. §1446(d).

22.    Kroger will also file a copy of this Notice of Removal with the 129th Judicial District Court of Montgomery County, Texas, where the state court action is currently pending, as required by 28 U.S.C. §1446(d).

### VIII.   ANSWER

23.    Kroger timely filed an answer in the state court action.  By removing this action to this Court, Kroger does not waive any defenses, objections, or motions available to it under state or federal law and will timely file responsive pleadings to Plaintiff's Original Petition in this Court as well.

### PRAYER

21.    **FOR THESE REASONS** and in conformity with 28 U.S.C. §1446, Kroger respectfully removes the civil action styled No. 2025-45155 styled *Anthony Jimenez v. Metro One Loss Prevention Services Group, Inc. and The Kroger Co.* in the 129th Judicial District Court of Harris County, Texas.  Kroger prays for such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.

Respectfully submitted by,

*/s/ Adraon D. Greene*
Adraon D. Greene
   Attorney-in-Charge
   State Bar No. 24014533
   Federal Bar No. 25029
   agreene@gallowaylawfirm.com
Nadia F. Savo
   State Bar No. 24106497
   Federal Bar No. 3364196
   nsavo@gallowaylawfirm.com

**OF COUNSEL:**

GALLOWAY, JOHNSON, TOMPKINS
   BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas   77010
(713) 599-0700 – Phone
(713) 599-0777 – Fax

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that a true and correct copy of the foregoing document has been served by and through the Court approved electronic filing manager via email to participating parties and/or via hand delivery, facsimile, certified mail return receipt requested and/or U.S. First Class Mail to all known counsel of record on this 13th day of August, 2025, as follows:

*Via E-Service – eservice@geslawfirm.com*
Todd Elias
**GORDON & ELIAS, L.L.P.**
1811 Bering Drive, Suite 300
Houston, Texas 77057

**ATTORNEYS FOR PLAINTIFF**

*Via E-Service - mrosenberg@bushramirez.com; ssteele@bushramirez.com;*
*imaley@bushramirez.com; jfuller@bushramirez.com; dmirnda@bushramirez.com*
Marshall G. Rosenberg
Stephani Steele
Ilene Maley
Jessica Fuller
Diana Miranda
**BUSH & RAMIREZ, PLLC**
5615 Kirby Drive, Suite 900
Houston, Texas 77005

**ATTORNEYS FOR METRO ONE**
**LOSS PREVENTION SERVICES**
**GROUP (GUARD DIVISION), INC.**

           */s/ Nadia F. Savo*
           Adraon D. Greene
           Nadia F. Savo